David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
Email: dbower@monteverdelaw.com
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel.: (213) 446-6652
Fax: (212) 202-7880

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL S. DEBONIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MULESOFT, INC., GREG SCHOTT, MARCUS RYU, MARK BURTON, MICHAEL CAPELLAS, STEVEN COLLINS, YVONNE WASSENAAR, GARY LITTLE, RAVI MHATRE, and ANN WINBLAD,<br><br>Defendants. | Case No.: 4:18-cv-02259-PJH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Paul S. Debonis ("Plaintiff"), by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter (the "Action"), with prejudice as to himself and without prejudice as to claims on behalf of the putative class in the Action as moot.

Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

| | |
|---|---|
| | Respectfully submitted, |
| | MONTEVERDE & ASSOCIATES PC |
| Dated: June 25, 2018 | *s/ David E. Bower* |
| | David E. Bower SBN 119546 |
| | 600 Corporate Pointe, Suite 1170 |
| | Culver City, CA 90230 |
| | Tel.: (213) 446-6652 |
| | Fax: (212) 202-7880 |
| | Email: dbower@monteverdelaw.com |
| | |
| | Juan E. Monteverde |
| | The Empire State Building |
| | 350 Fifth Avenue, Suite 4405 |
| | New York, NY 10118 |
| | Tel.: (212) 971-1341 |
| | Fax: (212) 202-7880 |
| | Email: jmonteverde@monteverdelaw.com |
| | |
| | *Attorneys for Plaintiff* |